| | | | |
|---|---|---|---|
| Com. v. Myers | 501 WDA 2016<br>Appeal<br>dismissed | 01/24/2017 | CP–26–CR–0000250–<br>2016<br>(Fayette) |
| Com. v. Myers | 502 WDA 2016<br>Appeal<br>dismissed | 01/24/2017 | CP–26–CR–0000398–<br>2016<br>MJ–14201–CR–<br>0000105–2016<br>(Fayette) |
| Com. v. Myers | 503 WDA 2016<br>Appeal<br>dismissed | 01/24/2017 | CP–26–CR–0000014–<br>2015<br>CP–26–CR–0000250–<br>2016<br>CP–26–CR–0000328–<br>2016<br>CP–26–CR–0000398–<br>2016<br>(Fayette) |
| Adoption of G.T.; Appeal of A.T. | 941 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/24/2017 | 97 In Adoption 2015<br>(Erie) |
| Com. v. Young | 1663 EDA 2013<br>Vacated and<br>Remanded | 01/25/2017 | CP–51–CR–0009297–<br>2010<br>(Philadelphia) |
| Com. v. Ibrahim | 1150 EDA 2015<br>Affirmed | 01/25/2017 | CP–46–CR–0005642–<br>2013<br>(Montgomery) |
| Com. v. McBride | 2187 EDA 2015<br>Affirmed,<br>Reversed and<br>Vacated | 01/25/2017 | CP–51–CR–0013114–<br>2007<br>(Philadelphia) |
| Humphreys v. Wells Fargo Bank [30] | 2786 EDA 2015<br>Affirmed | 01/25/2017 | C–48–CV–2014–12252<br>(Northampton) |
| Humphreys v. Wells Fargo Bank [31] | 2787 EDA 2015<br>Affirmed | 01/25/2017 | C–48–CV–2011–3134<br>(Northampton) |
| Com. v. Forbes | 3024 EDA 2015<br>Affirmed | 01/25/2017 | CP–51–CR–0005264–<br>2011<br>(Philadelphia) |
| Com. v. Robinson | 3433 EDA 2015<br>Affirmed | 01/25/2017 | CP–51–CR–0004971–<br>2013<br>(Philadelphia) |
| Com. v. Byrd | 3742 EDA 2015<br>Affirmed | 01/25/2017 | CP–51–CR–0008931–<br>2015<br>(Philadelphia) |
| Com. v. Scott | 111 EDA 2016<br>Affirmed | 01/25/2017 | CP–15–CR–0000027–<br>2015<br>(Chester) |
| Com. v. McConnell | 163 EDA 2016<br>Affirmed | 01/25/2017 | CP–45–CR–0001320–<br>2015<br>(Monroe) |

30. Petition for reargument denied April 12, 2017.
31. Petition for reargument denied April 12, 2017.